AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Robert J. Livermore)        )        USAO CW No. 26-017

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

United States of America
v.

**MAHADY SACKO**

*Defendant(s)*

)
)
)
)
)
)
)

Case No. 26-MJ-329

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 5, 2024** in the county of **Philadelphia** in the

**Eastern** District of **Pennsylvania** , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 52 U.S.C. § 20511(2)(B) | fraudulent voting |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*/s/ Mickel McGann*

*Complainant's signature*

Mickel McGann, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed by telephone.

Date: **2/27/2026**

Digitally signed by
Elizabeth T. Hey, U.S.M.J.
Date: 2026.02.27
12:20:46 -05'00'

*Judge's signature*

City and state:        Philadelphia, Pennsylvania

Hon. Elizabeth T. Hey, USMJ

*Printed name and title*